## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JENNIFER WALLER,

     *Plaintiff*,

v.

TIMES PUBLISHING COMPANY,

     *Defendant*.

_____/

Case No.: 8:23-cv-00119-MSS-AAS

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that this action:

√   IS      related to pending civil case subsequently filed in this Court, after the filing of this a case, as indicated below:

     *Lewis Darden and Sal Rivera v. Times Publishing Company*, Case No. 8:23-cv-00661-MSS-TGW, filed in this Court on March 23, 2023, more than two months after the filing of this case.

The second-filed case raises substantially the same allegations and claims under the same federal statute, the Video Privacy Protection Act, 18 U.S.C. § 2710, as this case.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: March 31, 2023

                    Respectfully submitted,

                    /s/ David A. Karp
                    David A. Karp
                    Florida Bar No.: 69226
                    Aaron S. Weiss
                    Florida Bar No.: 48813

**Carlton Fields, P.A.**
700 NW First Avenue, Suite 1200
Miami, FL 33136-4118
305-539-7280
dkarp@carltonfields.com
aweiss@carltonfields.com

Joseph W. Swanson
Florida Bar No.: 29618
**Carlton Fields, P.A.**
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33607-5780
813-229-4335
jswanson@carltonfields.com

*Counsel for Defendant Times Publishing Company*

## CERTIFICATE OF SERVICE

I certify a true copy of the foregoing was served on March 31, 2023, by e-mail

through the Court's CM/ECF notification system on Plaintiff's counsel of record:

| | |
|---|---|
| Adam A. Schwartzbaum | Andrew J. Shamis |
| Scott Edelsberg | Edwin E. Elliott |
| Edelsberg Law, P.A. | Shamis & Gentile, P.A. |
| 20900 N.E. 30th Avenue | 14 N.E. First Avenue, Suite 705 |
| Aventura, Florida 33180 | Miami, Florida 1024900 |
| adam@edelsburglaw.com | ashamis@shamisgentile.com |
| scott@edelsburglaw.com | edwine@shamisgentile.com |

*/s/ David A. Karp*

132496880