# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CASE NO.: 8:23-cv-00119-MSS-AAS

| | |
|---|---|
| JENNIFER WALLER, individually and on behalf of all others similarly situated, *Plaintiff*, v. TIMES PUBLISHING COMPANY, *Defendant*. | **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Jennifer Waller, by and through undersigned counsel, hereby dismisses this action as follows:

1. All claims of the Plaintiff, Jennifer Waller, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

3. Plaintiff has conferred with Defendant, Times Publishing Company, concerning this notice, and is authorized to represent that the notice is unopposed.

Date: September 19, 2023

Respectfully submitted,

**EDELSBERG LAW, P.A.**
*/s/ Adam Schwartzbaum*
Adam Schwartzbaum, Esq.

Florida Bar No. 093014<br>
adam@edelsberglaw.com<br>
20900 NE 30th Ave., Suite 417<br>
Aventura, FL 33180<br>
Office: (786) 289-9471<br>
Fax: (786) 623-0915

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of September 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,
*/s/ Adam Schwartzbaum*